No. 71–6837.  DORSEY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 71–6842.  MALLORY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 71–6843.  DOYAL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6845.  THOMAS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 71–6846.  VARNELL *v.* BETO, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 71–6847.  MARTIN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6848.  PARKER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6849.  JACKSON *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 71–6850.  BROWN ET AL. *v.* NORTH CAROLINA. Sup. Ct. N. C.  Certiorari denied.

No. 71–6851.  HEBAH, ADMINISTRATRIX *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 71–6855.  GRANDI, AKA RICOLLET *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–6862.  DiCANIO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.